IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ENHANCED SECURITY RESEARCH, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 09-871 (JJF) |
| | ) |
| JUNIPER NETWORKS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington, this _____ day of _____, 2010, for the reasons set forth in the Court's June 25, 2010 Memorandum Opinion in C.A. No. 09-390 (JJF), defendant Juniper Networks, Inc.'s Motion To Dismiss For Lack Of Standing (D.I. 19) is GRANTED.

_____
District Judge

3641442